**STATE EX REL. Charles JONES**

v.

**STATE of Louisiana**

No. 16–KH–1910

Supreme Court of Louisiana.

November 29, 2016

PER CURIAM:

|₁WRIT NOT CONSIDERED. Petitioner has not demonstrated that he sought review in the court(s) below before filing in this Court, nor shown "extraordinary circumstances" that would justify bypassing that level of review. La.S.Ct.R. X § 5(b).